**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6275

HOWELL W. WOLTZ,

             Plaintiff - Appellant,

        v.

JEREMY NASH, individually and in his official capacity;
BRIGETTE SEAFUS, individually and in official capacity; JOEL
ZIEBLER, individually and in his official capacity and
unnamed defendants,

             Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.    Irene C. Berger,
District Judge. (5:11-cv-00058)

Submitted: June 21, 2012          Decided: June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howell W. Woltz, Appellant Pro Se.   J. Christopher Krivonyak,
Assistant United States Attorney, Charleston, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order dismissing his civil complaint, which was filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), for failure to exhaust his available administrative remedies. We have reviewed the record and conclude the district court did not err in reaching this dispositive conclusion. Accordingly, we affirm for the reasons stated by the district court. See Woltz v. Nash, No. 5:11-cv-00058 (S.D.W. Va. Feb. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED